### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN BLEAU,<br>    *Petitioner*, | : <br> : <br> : | |
| v. | : | CIVIL ACTION NO. 02-CV-8093 |
| DONALD VAUGHN, *et al.*,<br>    *Respondents*. | : <br> : <br> : | |

## ORDER

**AND NOW**, this 16th day of June, 2020, in consideration of Petitioner Steven Bleau's "Motion for Independent Action for Relief Pursuant to Federal Rules of Civil Procedure 60(D)(1) & for Relief Pursuant to 60(B)(6)" (ECF No. 16), "Brief in Support of Rule 60 Motion" (ECF No. 17), "Praecipe for Motion Pursuant to Federal Rules of Civil Proc. Rule 60(d)(1) and Rule 60(b)(6)" (ECF No. 18), Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 19), and Prisoner Trust Fund Account Statement (ECF No. 20), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of jurisdiction for the reasons set forth in the Court's Memorandum accompanying this Order.

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

3. The Motion for Leave to Proceed *In Forma Pauperis* is **DENIED** as unnecessary.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**